1  TANJA L. DARROW, Bar No. 175502
   tdarrow@littler.com
2  LITTLER MENDELSON P.C.
   633 West 5th Street
3  63rd Floor
   Los Angeles, California 90071
4  Telephone: 213.443.4300
   Fax No.:    213.443.4299
5
   ALEXANDRIA M. WITTE, Bar No. 273494
6  CASSIDY C. VEAL, Bar No. 323899
   cveal@littler.com
7  LITTLER MENDELSON, P.C.
   2049 Century Park East
8  5th Floor
   Los Angeles, CA 90067.3107
9  Telephone: 310.553.0308
   Fax No.:    310.553.5583
10
   Attorneys for Defendant
11 MCKESSON MEDICAL-SURGICAL INC.

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15

16 WILFREDO BLANCO, An Individual;        Case No. 5:19−cv−02172−JGB−SHK
   On Behalf of Himself and All Other
17 Similarly Situated Non-Exempt Current
   and Former Employees,
18                                         **NOTICE OF SETTLEMENT**
                   Plaintiff,
19
              v.
20
   MCKESSON MEDICAL-SURGICAL             Complaint Filed: September 10, 2019
21 INC., a Virginia Corporation; and DOES    (Los Angeles Superior Court)
   1 through 10, inclusive,
22                                         Trial Date: June 1, 2021
                   Defendant.
23

24

25

26

27

28

1    Defendant MCKESSON MEDICAL-SURGICAL INC. ("Defendant"), by and

2    through its respective counsel of record, hereby lodges this Notice of Settlement of the

3    entire matter and all claims and causes of action contained therein.   The Parties

4    anticipate filing a joint Stipulation for Dismissal and [Proposed] Order dismissing the

5    entire action with prejudice within the next sixty (60) days.  In the meantime, Defendant

6    respectfully requests that all dates in this matter be vacated.

7

8    Dated:  April 22, 2021

9                                                                                LITTLER MENDELSON P.C.

10

11                                                                              /s/ *Cassidy C. Veal*
                                                                                Tanja L. Darrow
12                                                                             Alexandria M. Witte
                                                                                Cassidy C. Veal
13
                                                                                Attorneys for Defendant
14                                                                           MCKESSON MEDICAL-SURGICAL INC.

15

16

17    4815-8794-2118.1 / 037360-1329

18

19

20

21

22

23

24

25

26

27

28