```
 1  SOLOUKI | SAVOY, LLP
    Grant Joseph Savoy, Esq. (SBN 284077)
 2  Email: grant@soloukisavoy.com
    Shoham J. Solouki, Esq. (SBN 278538)
 3  Email: shoham@soloukisavoy.com
    316 W. 2nd Street, Suite 1200
 4  Los Angeles, CA 90012
    Telephone:  (213) 814-4940
 5  Facsimile:  (213) 814-2550
    Attorneys for Plaintiff
 6  Wilfredo Blanco

 7  TANJA L. DARROW, Bar No. 175502
    tdarrow@littler.com
 8  LITTLER MENDELSON, P.C.
    633 West 5th Street
 9  63rd Floor
    Los Angeles, CA 90071
10  Telephone: 213.443.4300
    Fax No.: 213.443.4299
11
    ALEXANDRIA M. WITTE, Bar No.
12  273494
    awitte@littler.com
13  CASSIDY C. VEAL, Bar No. 323899
    cveal@littler.com
14  LITTLER MENDELSON, P.C.
    2049 Century Park East
15  5th Floor
    Los Angeles, CA 90067.3107
16  Telephone: 310.553.0308
    Fax No.: 310.553.5583
17  Attorneys for Defendant
    MCKESSON MEDICAL-SURGICAL INC.
18
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BLANCO<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>MCKESSON MEDICAL-SURGICAL INC., et al.<br>　　　　Defendant(s). | Case No. 5:19-cv-02172-JGB-SHK<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JESUS G. BERNAL<br><br>**STIPULATED REQUEST FOR DISMISSAL**<br><br>Complaint Filed: September 10, 2019 (Los Angeles Superior Court)<br><br>Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER
Case No. 5:19-cv-02172-JGB-SHK

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 40-2, Plaintiff WILFREDO BLANCO ("Plaintiff") and Defendants MCKESSON MEDICAL–SURGICAL INC. ("Defendant") (collectively "the Parties") hereby jointly provide notice that the Parties to this action reached a settlement resolving all claims and/or counterclaims at issue in this action.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective counsel, hereby agree and stipulate to a voluntary dismissal, with prejudice, of all claims in the above-captioned action, in their entirety. The Parties further stipulate that each party shall bear its own attorneys' fees and costs of suit, with no admission of liability by any party.

WHEREFORE, the Parties request that The Court enter an Order dismissing Plaintiff's claims with prejudice.

**IT IS SO STIPULATED.**

DATED: May 12, 2021                **SOLOUKI | SAVOY, LLP**

By: /s/ Shoham Solouki
Grant Joseph Savoy, Esq.
Shoham J. Solouki, Esq.
*Attorneys for Plaintiff*

DATED: May 11, 2021

**SEYFARTH SHAW LLP**

By: /s/ Alexandria M. Witte
Tanja L. Darrow, Esq.
Alexandria M. Witte, Esq.
Cassidy C. Veal, Esq.
*Attorneys For Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BLANCO<br><br>Plaintiff(s),<br><br>v.<br><br>MCKESSON MEDICAL-SURGICAL INC., et al.<br>Defendant(s). | Case No. 5:19-cv-02172-JGB-SHK<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JESUS G. BERNAL<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL<br><br>Complaint Filed: September 10, 2019 (Los Angeles Superior Court)<br><br>Trial Date: None Set |

Pursuant to the Parties' stipulation, Plaintiff's claims in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Dated: _____

Honorable Jesus G. Bernal
United States District Judge

PROOF OF SERVICE

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 316 W. 2nd Street, Suite 1200, Los Angeles, California 90012. Service was executed as follows:

[ ] BY DEPOSITING IN THE UNITED STATES MAIL IN LOS ANGELES, CA

[X] BY ELECTRONIC SERVICE: In accordance with the Federal Rules and Local Rules of this court, I caused to be served the foregoing document on all interested parties in this action through the use of the email address provided to the Court, parties, and their attorneys of record in the California Central District Court Electronic Case Filing and Case Management system. The document will be deemed served on the date that it was uploaded to the California Central District Court Electronic Case Filing and Case Management system.

[ ] the original [X] a true copy of **1) STIPULATED REQUEST FOR DISMISSAL 2) [Proposed] Order** in a sealed envelope, with postage fully prepaid, addressed as follows:

TANJA L. DARROW, Bar No. 175502
tdarrow@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

ALEXANDRIA M. WITTE, Bar No. 273494
awitte@littler.com
CASSIDY C. VEAL, Bar No. 323899
cveal@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No.: 310.553.5583
Attorneys for Defendant
MCKESSON MEDICAL-SURGICAL INC.

LOS ANGELES, CA 90012

    I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made.

    Executed on this 22th DAY OF JUNE 2021, at Los Angeles, California.

*[signature]*

GLORY PARADA