UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO BLANCO<br><br>          Plaintiff(s),<br><br>v.<br><br>MCKESSON MEDICAL−SURGICAL INC., et al.<br>          Defendant(s). | Case No.  5:19−cv−02172−JGB−SHK<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL** |

   Pursuant to the Parties' stipulation, Plaintiff's claims in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**.

   **IT IS SO ORDERED.**

Dated: June 24, 2021

                                             _____
                                             Honorable Jesus G. Bernal
                                             United States District Judge